# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Kim Gorham-DiMaggio**

    vs.

**Countrywide Home Loans, Inc.**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**  1:05-CV-583

    **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTION TO DISMISS IS GRANTED AND PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED AUGUST 30, 2005.

Dated:  August 31, 2005

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk